# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| TZANN FANG, M.D., | : |
| Plaintiff, | : |
| v. | : |
| HYATT CORPORATION, | : |
| and | : Case No. 3:19cv362 |
| TYSONS CORNER HOTEL PLAZA, LLC | : |
| and | : |
| HELIX ELECTRIC, INC. | : |
| Defendants. | : |

## NOTICE OF REMOVAL

Please take notice that on May 15, 2019, Defendant the Hyatt Corporation filed a notice of removal, copies of which are attached, of the above-entitled action to the United States District Court for the Eastern District of Virginia, Richmond Division.

You are also advised that defendant, on filing such notice of removal in the office of the Clerk of the United States District Court for the Eastern District of Virginia, Richmond Division, also filed copies of it with the Clerk of Circuit Court for the City of Richmond to effect removal pursuant to 28 U.S.C. § 1446(d). This Notice of Removal is signed and filed pursuant to Fed. R. Civ. P. Rule 11.

Dated: May 15, 2019         **BONNER KIERNAN TREBACH & CROCIATA, LLP**

*/s/Michael Pivor*
Michael Pivor, Esq. (VSB 75312)
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., Suite 800
Washington, DC 20036
Telephone (202) 712-7000
Facsimile (202) 712-7100
mpivor@bonnerkiernan.com
Counsel for Hyatt Corporation and
Tysons Corner Hotel Plaza, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing *Notice of Removal*, this 15th day of May 2019, to be served, via first class mail, postage prepaid, on:

Jonathan Halperin, Esq.
Andrew Lucchetti, Esq.
Halperin Law Center, LLC
5225 Hickory Park Drive, Suite B
Glen Allen, VA 23059

Helix Electric, Inc.
CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060

*/s/Michael Pivor*
Michael Pivor