IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| TZANN FANG, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:19-cv-00362 |
| ) | |
| HYATT CORPORATION, ) | |
| And ) | |
| TYSONS CORNER HOTEL I, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER OF VOLUNTARY DISMISSAL

This matter is before the Court on a consent motion by Defendant/Third-Party Plaintiff/Cross Claim Plaintiff CallisonRTKL Inc. ("CRTKL") to voluntarily dismiss, with prejudice: (1) the claims of Defendants/Third-Party Plaintiffs Hyatt Corporation ("Hyatt") and Tysons Corner Hotel I, LLC ("Tysons") against Third-Party Defendants CRTKL, Blum Engineering, Inc. ("Blum") and Code Consultants, Inc. ("CCI"); and, (2) the cross-claims and counterclaims of CRTKL against Blum, CCI, Defendant/Third-Party Plaintiff Helix Electric, Inc., ("Helix"), Harvey-Cleary Builders ("HCB"), Johnson Controls, Inc. ("JCI"), Hyatt and Tysons, pursuant to Federal Rule of Civil Procedure 41(c).

It appearing that all parties have consented to the requested voluntary dismissals, including the dismissals of CRTKL, Blum and CCI as parties to this matter, it is hereby ORDERED that the motion is GRANTED, and CallisonRTKL, Inc., Blum Engineering, Inc., and Code Consultants, Inc., including all claims asserted against or by CRTKL, Blum and CCI, shall be and hereby are DISMISSED WITH PREJUDICE.

Copies to all counsel via ECF/Pacer.

> **SO ORDERED**
>
> ENTERED: 4/17/20 /s/
> M. Hannah Lauck
> United States District Judge

Hon. M. Hannah Lauck
United States District Judge

WE ASK FOR THIS:

_/s/ Michael Trumble_
Michael Pivor, Esquire (VSB# 75312)
Michael Trumble, Esquire (VSB# 91133)
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW, Suite 800
Washington, DC 20036
Phone:      (202) 712-7000
Fax:        (202) 712-7100
Email:      mpivor@bonnerkiernan.com
            mtrumble@bonnerkiernan.com
*Counsel for Defendants/Third-Party Plaintiffs Hyatt and Tysons Corner Hotel I, LLC*


_/s/ J. Scott Shannon_
Jonathan C. Shoemaker, Esquire (VSB# 75417)
Joseph Scott Shannon, Esquire (VSB# 91942)
Lee/Shoemaker, PLLC
1400 I Street, NW, Suite 200
Washington, DC 20005
Phone:      (202) 971-9400
Fax:        (202) 971-9419
Email:      jcs@leeshoemaker.com
            jss@leeshoemaker.com
*Counsel for Third-Party Defendant and Cross Claim Plaintiff CallisonRTKL Inc.*


_/s/ James W. Walker_
James W. Walker, Esquire (VSB# 29257)
Katherine M. Rockwell, Esquire (VSB# 93733)
O'Hagan Meyer, PLLC

411 East Franklin St., Suite 500  
Richmond, VA 23219  
Phone: (804) 403-7100  
Fax: (804) 403-7110  
Email: jwalker@ohaganmeyer.com  
krockwell@ohaganmeyer.com  
*Counsel for Third-Party and Cross Claim Defendant Code Consultants, Inc*

/s/ K. Brett Marston  
K. Brett Marston, Esquire (VSB# 35900)  
Spencer M. Weigard, Esquire (VSB# 68788)  
Christina Hubbard (VSB# 94805)  
Gentry Locke  
10 Franklin Rd. SE, Suite 900  
Roanoke, VA 24011  
Phone: (540) 983-9300  
Fax: (540) 983-9400  
Email: marston@gentrylocke.com  
weigard@gentrylock.com  
*Counsel for Third-Party and Cross Claim Defendant Blum Consulting Engineers, Inc.*

SEEN AND AGREED:

/s/ Jonathan Halperin  
Jonathan Halperin, Esq. (VSB# 32698)  
Andrew Lucchetti, Esq. (VSB# 86631)  
Isaac A. McBeth, Esq. (VSB# 82400)  
Halperin Law Center, LLC  
5225 Hickory Park Drive, Suite B  
Glen Allen, Virginia 23059  
Phone: (804) 527-0100  
Fax: (866) 335-1502  
Email: jonathan@hlc.law  
andrew@hlc.law  
isaac@hlc.law  
*Counsel for Plaintiff*

\_\_\_/s/ Matthew Green_____
Douglas A. Winegardner, Esquire (VSB# 46570)
Matthew D. Green, Esquire (VSB# 46913)
Christopher K. Jones, Esquire (VSB# 75051)
Sands Anderson, P.C.
2400 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, Virginia 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
E-mail: dwinegardner@sandsanderson.com
　　　　　mgreen@sandsanderson.com
　　　　　cjones@sandsanderson.com
*Counsel for Third-Party Defendant Harvey-Cleary Builders*


_____/s/ Gloria K. Maier_____
 Collette T. Connor, Esquire (VSB# 76618)
Gloria K. Maier (admitted pro hac vice)
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005
Phone:　　　(202) 434-5000
Fax:　　　　(202) 434-5029
Email:　　　cconnor@wc.com
*Counsel for Third-Party Defendant Johnson Controls, Inc.*


_____/s/ Henry U. Moore_____
Janeen B. Koch, Esq. (VSB# 37763)
Henry U. Moore, Esq. (VSB# 93681)
KPM Law, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
Phone:　　　(804) 320-6300
Fax:　　　　(804) 320-6312
Email:　　　janeen.koch@kpmlaw.com
　　　　　　henry.moore@kpmlaw.com
*Counsel for Defendant/Third-Party Plaintiff Helix Electric, Inc.*