IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TZANN FANG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:19-cv-362 |
| | ) |
| HYATT CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff Tzann Fang, Defendants/Third Party Plaintiffs Hyatt Corporation, Tysons Corner Hotel I, LLC, and Helix Electric, Inc., and Third Party Defendants Harvey Cleary Builders and Johnson Controls, Inc., and with the consent and agreement of all parties to this action, by counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the following:

(1) All claims asserted by Plaintiff against Hyatt Corporation, Tysons Corner Hotel I, LLC, and Helix Electric, Inc., are dismissed with prejudice;

(2) All claims asserted by Hyatt Corporation and Tysons Corner Hotel I, LLC against Harvey Cleary Builders and Johnson Controls, Inc., are dismissed with prejudice;

(3) All claims asserted by Helix Electric, Inc. against Johnson Controls, Inc., are dismissed with prejudice; and

(4) All claims asserted by Harvey-Cleary Builders against Helix Electric, Inc., are dismissed without prejudice.



6-15-20  /s/
M. Hannah Lauck
United States District Judge

The parties further agree that each party shall pay its own costs and attorneys' fees, with the exception of Harvey-Cleary Builders' reservation of the same for its claims against Helix Electric, Inc. in the above matter.

Respectfully submitted,

/s/
---
Michael Pivor, Esq. (VSB #75312)
Michael Trumble, Esq. (VSB #91133)
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., 8th Floor
Washington, DC 20036
T: (202) 712-7000
F: (202) 712-7100
mtrumble@bonnerkiernan.com
mpivor@bonnerkiernan.com
*Counsel for Defendants/Third Party Plaintiffs Hyatt Corporation and Tysons Corner Hotel I, LLC*

/s/
---
William N. Watkins, Esq. (VSB# 22391)
Matthew D. Green, Esq. (VSB# 46913)
Christopher K. Jones, Esq. (VSB# 75051)
Sands Anderson, P.C.
2400 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, Virginia 23218-1998
T: (804) 648-1636
F: (804) 783-7291
dwinegardner@sandsanderson.com
mgreen@sandsanderson.com
cjones@sandsanderson.com
*Counsel for Third-Party Defendant Harvey-Cleary Builders*

        /s/
Colette T. Connor, Esq. (VSB# 76618)
Gloria K. Maier, Esq. (admitted pro hac vice)
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005
P: (202) 434-5000
F: (202) 434-5029
cconnor@wc.com
gamier@wc.com
*Counsel for Third-Party Defendant Johnson Controls, Inc.*


        /s/
Janeen B. Koch, Esq. (VSB# 37763)
Henry U. Moore, Esq. (VSB# 93681)
KPM Law, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
T: (804) 320-6300
F: (804) 320-6312
janeen.koch@kpmlaw.com
henry.moore@kpmlaw.com
*Counsel for Defendant/Third-Party Plaintiff Helix Electric, Inc.*


        /s/
Jonathan E. Halperin, Esq. (VSB #32698)
Isaac A. McBeth, Esq. (VSB #82400)
Halperin Law Center, LLC
5225 Hickory Park Drive, Suite B
Glen Allen, VA 23059
T: (804) 527-0100
F: (804) 597-0209
jonathan@hlc.law
isaac@hlc.law
*Counsel for Plaintiff*